JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EDMOND NEAL,

                Plaintiff,

     v.

FEO ENTERPRISES, LLC,

                Defendant.

Case No. CV 20-05348 PA (PVCx)

JUDGMENT OF DISMISSAL

     In accordance with the Court's January 22, 2021 Minute Order dismissing this action for lack of prosecution, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action filed is dismissed without prejudice.

DATED: January 22, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE